UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22 CR 196 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JORGE LOPEZ CALEL, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Jorge Lopez Calel, which was referred to the Magistrate Judge with the consent of the parties.

On April 27, 2022, the government filed a one count Indictment, charging Defendant Jorge Lopez Calel with Illegal Reentry, in violation of Title 8 U.S.C. § 1326. Defendant was arraigned on May 11, 2022, and entered a plea of not guilty to Count 1 of the Indictment, before Magistrate Judge Parker. On November 28, 2022 Magistrate Judge Parker, received Defendant Jorge Lopez Calel's plea of guilty to Count 1of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the

charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jorge Lopez Calel is adjudged guilty to Count 1 of the Indictment, in violation of Title 8 U.S.C. § 1326, Illegal Reentry. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on January 27, 2023, at 11:30 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 9, 2022